# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. HOLLY TRYON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-0382-HE |
| | ) | |
| 1. L & J ACQUISITIONS, LLC d/b/a BATTISON HONDA, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Holly Tryon, hereby stipulates with the defendant, L & J Acquisitions, LLC d/b/a/ Battison Honda, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

s/ Nathan L. Whatley
Signature of filing attorney

s/Lauren W. Johnston
(Signed by Nathan L. Whatley with permission of Lauren W. Johnston)
Jana B. Leonard, OBA #17844
Lauren W. Johnston, OBA #22341
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
Telephone:   (405) 239-3800
Facsimile:   (405) 239-3801
*leonardjb@leonardlaw.net*
*johnstonlw@leonardlaw.net*
ATTORNEYS FOR PLAINTIFF

 s/Nathan L. Whatley_____
Nathan L. Whatley, OBA #14601
Paige Hoster Good, OBA # 31595
McAfee & Taft
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Fax: (405) 235-0439
*nathan.whatley@mcafeetaft.com*
*paige.good@mcafeetaft.com*
ATTORNEYS FOR THE DEFENDANT